UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Civil Action Number: 4:15–cv–00272
ORDER FOR CONFERENCE DEADLINE
AND
DISCLOSURE OF INTERESTED PARTIES

Judge Gray H. Miller
515 Rusk Avenue, Courtroom 9D
Houston, TX 77002
Due Date: May 29, 2015   (NOT A HEARING DATE)

COURT PROCEDURES AND ATTACHMENTS, WHICH ARE APPLICABLE TO CASES ASSIGNED TO JUDGE GRAY H. MILLER CAN BE OBTAINED ON THE DISTRICT WEBSITE AT  www.txs.uscourts.gov

1. The Court does NOT hold a scheduling conference. Once all of the parties are before the Court, they should agree on a scheduling order, then submit it to the Court through the case manager, Rhonda Moore–Konieczny, via email to cm4141@txs.uscourts.gov. The following requirements apply when submitting the proposed agreed scheduling order: the dispositive motion and all other pretrial motion deadlines must be the same date; there must be four months between the motion deadline and the docket call; the docket call will be either eleven, twelve or thirteen months from the date the case was filed. In the event the parties are unable to reach an agreement prior to the due date, they should contact the case manager. **The Court's Scheduling/Docket Control Order form is available on the district court website, Judge Miller's homepage**.

2. Counsel shall file with the clerk within fifteen days from receipt of this order, a certificate listing all person, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.**This satisfies the requirements under FED.R.CIV.P.7.1**.

3. Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by court on its own initiative.

4. After the parties confer as required by Fed. R. Civ. P. 26(f), counsel shall prepare and file not less than 3 days before the due date above a joint discovery/case management plan. **The Court's joint discovery/case management plan is available on the district court website, Judge Miller's homepage**.

5. Counsel who file or remove an action must serve a copy of this order with the summons and complaint or with the notice of removal.

6. Attendance by an attorney who has authority to bind the party is required at the conference either in person or by telephone, in the event a scheduling order cannot be agreen upon. Please inform the Court if you wish to participate by telephone.

7. Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and shall advised the Court of the results of their discussions.

8. A person litigating pro se is bound by the requirements imposed upon counsel in this Order.

9. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

**By Order of the Court**