IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Thomas L. Taylor III, solely in his capacity as Court-appointed Receiver for Kaleta Capital Management, Inc., *et al.*, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:15-cv-272 |
| David G. Wallace, Costa Bajjali, Laffer Frishberg Wallace Economic Opportunity Fund, L.P. d/b/a LFW Economic Opportunity Fund, and West Houston WB Realty Fund, L.P., | § § § § § § | |
| *Defendants*. | § § | |

## RECEIVER'S MOTION TO TRANSFER

Plaintiff Thomas L. Taylor III (the "Receiver"), Court-appointed Receiver in the civil action styled *SEC v. Kaleta, et al.*, Civil Action No. 4:09-cv-3674 (S.D. Tex. 2009) (the "Enforcement Action"), respectfully moves this Court to transfer the above-styled action pursuant to Orders entered by the Honorable Nancy F. Atlas in the Enforcement Action: (1) the Order Appointing Receiver (Enforcement Action Dkts. 7, 34) (the "Receivership Order"); and (2) the Order Approving Settlement and Entering Final Bar Order And Injunction (Enforcement Action Dkt. 210) (the "Settlement Approval Order").

### RELIEF SOUGHT

The Receiver was appointed by Judge Atlas in the Enforcement Action pursuant to the Receivership Order, which authorizes the Receiver to "institute such actions or proceedings to

impose a constructive trust, obtain possession, and/or recover judgment with respect to persons or entities who received assets or records traceable to the Receivership Estate." Receivership Order at ¶5(c). Pursuant to the Receivership Order, "[a]ll such actions shall be filed in this [Judge Atlas's] Court." *Id*. Additionally, Judge Atlas retained jurisdiction over disputes arising out of a Compromise Settlement and Release Agreement between Receiver and Defendants. *See* Settlement Approval Order at p. 4 ¶6 ("The Court shall have and retain jurisdiction over all matters related to the administration, interpretation, effectuation, or enforcement of this Order, the Compromise Settlement and Release Agreement between the Wallace Bajjali Parties and the Receiver, and any related disputes").

The present action is a suit to recover judgment with respect to assets traceable to the Receivership Estate. The present action is a suit related to the enforcement of promissory notes and guaranty agreements executed pursuant to the Compromise Settlement and Release Agreement between the Wallace Bajjali Parties and the Receiver (*see* Enforcement Action Dkt. 113-1). Accordingly, the Receivership Order and Settlement Approval Order require that the present action be transferred to Judge Atlas's Court.

## CONCLUSION AND PRAYER

The Receiver respectfully requests the transfer of the above-styled action to Judge Atlas's Court pursuant to the Receivership Order and Settlement Approval Order, and all other relief to which he may be legally or equitably entitled.

Dated: February 5, 2015                    Respectfully submitted,

                                                   THE TAYLOR LAW OFFICES, P.C.

                                                   By:   /s/ Andrew M. Goforth
                                                          Andrew M. Goforth
                                                   Andrew M. Goforth
                                                 Texas State Bar: 24076405
                                                 *goforth@tltaylorlaw.com*

                                                 4550 Post Oak Place Drive, Suite 241
                                                 Houston, Texas 77027
                                                 Tel:  (713) 626-5300
                                                 Fax: (713) 402-6154

                                                 COUNSEL FOR RECEIVER

## CERTIFICATE OF SERVICE

      On February 5, 2015, I served the foregoing document on all parties as listed below by U.S. Mail, Return Receipt Requested, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C).

*Via U.S. Mail, Return Receipt Requested:*

*David G. Wallace*
1634 Brookstone Ln.
Sugar Land, TX 77479

*Costa Bajjali*
2911 Waters Lake Ln.
Missouri City, TX 77459

*Laffer Frishberg Wallace Economic Opportunity Fund, L.P. d/b/a LFW Economic Opportunity Fund*
c/o David G. Wallace, registered agent
1634 Brookstone Ln.
Sugar Land, TX 77479

*West Houston WB Realty Fund, L.P.*
c/o David G. Wallace, registered agent
1634 Brookstone Ln.
Sugar Land, TX 77479

                                                    /s/ Andrew M. Goforth
                                                    Andrew M. Goforth