IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Thomas L. Taylor III, solely in his capacity as Court-appointed Receiver for Kaleta Capital Management, Inc., *et al.*, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:15-cv-272 |
| David G. Wallace, Costa Bajjali, Laffer Frishberg Wallace Economic Opportunity Fund, L.P. d/b/a LFW Economic Opportunity Fund, and West Houston WB Realty Fund, L.P., | § § § § § § § | |
| *Defendants*. | § § | |

### RECEIVER'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Thomas L. Taylor III, solely in his capacity as Court-appointed Receiver for Kaleta Capital Management, Inc., BusinessRadio Network, L.P. d/b/a BizRadio, Daniel Frishberg Financial Services, Inc. d/b/a DFFS Capital Management, Inc. and all entities they own or control, provides the following information:

1. **A nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation:**

   None

2. **All person, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:**

   - The Receivership Estate of Kaleta Capital Management, Inc., BusinessRadio Network, L.P. d/b/a BizRadio, Daniel Frishberg Financial Services, Inc. d/b/a DFFS Capital Management, Inc., and all Claimants thereto;

   - The Securities and Exchange Commission;

- Defendants and, with respect to Defendants Laffer Frishberg Wallace Economic Opportunity Fund, L.P. d/b/a LFW Economic Opportunity Fund and West Houston WB Realty Fund, L.P., all limited partners thereto.

Dated: February 13, 2015

Respectfully submitted,

THE TAYLOR LAW OFFICES, P.C.

By:   /s/ Andrew M. Goforth

Andrew M. Goforth
Texas State Bar: 24076405
*goforth@tltaylorlaw.com*

4550 Post Oak Place Drive, Suite 241
Houston, Texas 77027
Tel:  (713) 626-5300
Fax:  (713) 402-6154

COUNSEL FOR RECEIVER

## CERTIFICATE OF SERVICE

On February 13, 2015, I served the foregoing document on all parties as listed below by U.S. Mail, Return Receipt Requested, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C).

*Via U.S. Mail, Return Receipt Requested:*

David G. Wallace
1634 Brookstone Ln.
Sugar Land, TX 77479

Costa Bajjali
2911 Waters Lake Ln.
Missouri City, TX 77459

Laffer Frishberg Wallace Economic Opportunity Fund, L.P. d/b/a LFW Economic Opportunity Fund
c/o David G. Wallace, registered agent
1634 Brookstone Ln.
Sugar Land, TX 77479

*West Houston WB Realty Fund, L.P.*
c/o David G. Wallace, registered agent
1634 Brookstone Ln.
Sugar Land, TX 77479

            /s/ Andrew M. Goforth
            Andrew M. Goforth