UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
FEB 13 2015
David J. Bradley, Clerk of Court

| | |
|---|---|
| THOMAS L. TAYLOR, III, solely in his Capacity as Court-Appointed Receiver For KALETA CAPITAL MANAGEMENT, INC., *et al.*,  §§§§§ | |
| *Plaintiff*, §§ | |
| v. §§ | Civil Action No. 4:15-cv-272 |
| DAVID G. WALLACE, COSTA BAJJALI, LAFFER FRISHBERG, WALLACE ECONOMIC OPPORTUNITY FUND, L.P. D/B/A LFW ECONOMIC OPPORTUNITY FUND, and WEST HOUSTON WB REALTY FUND, L.P. §§§§§§§§§§ | |
| *Defendants*. § | |

### DEFENDANT, DAVID G. WALLACE'S ORIGINAL ANSWER

David G. Wallace, ("Defendant"), in the above styled and numbered cause, and files this, his Original Answer to Plaintiff's Original Complaint.

### GENERAL DENIAL

1. Defendant generally denies each and every allegation contained in Plaintiff's Original Complaint and upon final trial or hearing hereof will require strict proof in accordance with the laws of the State of Texas and United States Constitution.

2. Defendant reserves the right to amend or supplement his Original Answer and to bring such other claims and causes of action to which he may be entitled pursuant to the Rules of Procedure and equity, as appropriate.

Wherefore, David G. Wallace, requests that upon final trial or a hearing hereof, this Court enter judgment that Plaintiff take nothing by this action and that Defendant recover costs, attorney's fees and such other and further relief as either may show himself justly entitled.

DATED this __13__ February, 2015.

Respectfully submitted,

_____
David G. Wallace, *ProSe*
1634 Brookstone Lane
Sugar Land, Texas 77479

## CERTIFICATE OF SERVICE

I hereby certify that on this the __13__ day of February, 2015, a true and correct copy of the foregoing was forwarded by via first class mail, to:

*Attorney for Plaintiff:* (via first class mail)

Andrew M. Goforth
The Taylor Law Offices, P.C.
4550 Post Oak Place Drive, Suite 241
Houston, Texas 77027

_____
David G. Wallace

2905803-1:WALLACE:0001