UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS L. TAYLOR, III, solely in his capacity as Court-appointed Receiver for Kaleta Capital Management, Inc., *et. al.*, <br>           Plaintiff, | § § § § § § | |
| v. | § § | CIVIL ACTION NO. H-15-0272 <br> (Receivership Action) |
| DAVID G. WALLACE, *et al.*, <br>           Defendants. | § § | |
| SECURITIES AND EXCHANGE COMMISSION, <br>           Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. H-09-3674 <br> (Enforcement Action) |
| ALBERT FASE KALETA, *et al.*, <br>           Defendants, | § § § | |
| BUSINESSRADIO NETWORK, L.P. /d/b/a BizRadio, *et al.*, <br>           Relief Defendants. | § § § | |

## ORDER

By agreement of the judges, Cause No. H-15-0272 has been transferred to this Court as a related action to Cause No. H-09-3674. The Court-appointed Receiver, Thomas L. Taylor III, states that all Defendants in Cause No. H-15-0272 have been served as of February 2, 2015, and requests that the Court reopen Cause No. H-09-3674. *See* Status Report of the Receiver Dated February 13, 2015 [Doc. # 272 in

Cause No. H-09-3674], at 9, 10. It is hereby

**ORDERED** that counsel for all parties in the above-captioned cases shall appear before the Court for a status conference on **March 24, 2015, at 2:00 p.m.** in Courtroom 9-F of the U.S. Courthouse, located at 515 Rusk Street, Houston, Texas. The Court will address the Receiver's request to reopen Cause No. H-09-3674 at this status conference. It is further

**ORDERED** that the parties in Cause No. H-15-0272 are required to meet prior to this status conference as required by Rule 26(f) of the Federal Rules of Civil Procedure. The parties' joint discovery/case management plan in Cause No. H-15-0272 is due **March 20, 2015**.

SIGNED at Houston, Texas this 20th day of **February, 2015**.

Nancy F. Atlas
United States District Judge