AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| Thomas L. Taylor III, solely in his capacity as Court-appointed Receiver for Kaleta Capital Management, Inc., et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> David G. Wallace, Costa Bajjali, Laffer Frishberg Wallace Economic Opportunity Fund, L.P. d/b/a LFW Economic Opportunity Fund, and West Houston WB Realty Fund, L.P. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:15-cv-272 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David G. Wallace

> 1634 Brookstone Lane
> Sugarland Texas 77479

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Andrew M. Goforth
> THE TAYLOR LAW OFFICES, P.C.
> 4550 Post Oak Place Drive, Suite 241
> Houston, Texas 77027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   DAVID J. BRADLEY

Date: JAN 3 0 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:15-cv-272

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*　David G. Wallace

was received by me on *(date)*　　　　　　　　　　.

　　❏ I personally served the summons on the individual at *(place)*

　　　　　　　　　　　　　　　　　　　　　　　　　　　on *(date)*　　　　　　　　; or

　　❏ I left the summons at the individual's residence or usual place of abode with *(name)*

　　　　　　　　　　　　　　　　　　　, a person of suitable age and discretion who resides there,

　　on *(date)*　　　　　　　　　, and mailed a copy to the individual's last known address; or

　　❏ I served the summons on *(name of individual)*　　　　　　　　　　　　　　　　　　, who is

　　designated by law to accept service of process on behalf of *(name of organization)*

　　　　　　　　　　　　　　　　　　　　　　　　　on *(date)*　　　　　　　　; or

　　❏ I returned the summons unexecuted because　　　　　　　　　　　　　　　　　　; or

　　❏ Other *(specify):*



My fees are $　　　　　　for travel and $　　　　　　for services, for a total of $　　0.00　　.

I declare under penalty of perjury that this information is true.


Date: 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Server's signature*


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*



　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc:

**CAUSE NO. 4:15-CV-272**

| | | |
|---|---|---|
| THOMAS L. TAYLOR III, SOLELY IN HIS | § | |
| CAPACITY AS COURT-APPOINTED | § | |
| RECEIVER FOR KALETA CAPITAL | § | IN THE UNITED STATES DISTRICT COURT, |
| MANAGEMENT, INC, ET AL, | § | SOUTHERN DISTRICT OF TEXAS |
| **PLAINTIFF** | § | |
| | § | |
| VS. | § | |
| | § | |
| DAVID G. WALLACE, ET AL, | | |
| **DEFENDANT** | | |

**RETURN OF SERVICE**

**ON Friday, January 30, 2015 AT 10:42 AM** - SUMMONS IN A CIVIL ACTION, RECEIVER'S ORIGINAL COMPLAINT, EXHIBIT A-R, CIVIL COVER SHEET **CAME TO HAND.**


 **ON Monday, February 02, 2015 AT 12:15 PM, I, EMMITT WARREN, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** DAVID G. WALLACE, 2511 S POST OAK, HOUSTON, HARRIS COUNTY, TX 77056.


My name is EMMITT WARREN. My address is 1201 Louisiana, Suite 210, Houston, Texas 77002, USA. I am a private process server authorized by and through the Supreme Court of Texas (SCH 01287, Expires Thursday, August 31, 2017). My date of birth is January 8, 1960. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on Monday, February 02, 2015.


/S/ EMMITT WARREN

DocID: P226825_2

KCM