IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 20 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| THOMAS L. TAYLOR, III, *ET AL.*, <br> Plaintiff | § § § | |
| v. | § § | Civil Action 4:15-cv-272 |
| DAVID G. WALLACE, *ET AL.*, <br> Defendants | § § § | |

### DEFENDANT'S ORIGINAL ANSWER

Defendant Costa Bajjali, in the above styled and numbered cause, and files this, his Original Answer to Plaintiff's Original Complaint.

### GENERAL DENIAL

1. Defendant Bajjali generally denies each and every allegation contained in Plaintiff's Original Complaint and upon final trial or hearing hereof will require strict proof in accordance with the laws of the State of Texas and United States Constitution.

2. Defendant reserves the right to amend or supplement his Original Answer and to bring such other claims and causes of action to which he may be entitled pursuant to the Rules of Procedure and equity, as appropriate

Wherefore, Defendant Costa Bajjali, request that upon final trial or a hearing hereof, this Court enter judgment that Plaintiff take nothing by this action and that Defendant recover costs, attorney's fees and such other and further relief as either may show himself justly entitled.

Dated: February 20, 2015.

Respectfully submitted,

By: _____
Costa Bajjali, Pro Se
9119 Hwy 6, Suite 230-313
Missouri City, Texas  77459

COSTA BAJJALI, *PRO SE*

## CERTIFICATE OF SERVICE

On February 20, 2015, a true and correct copy of this pleading was sent via fax, mail, e-mail or hand delivery to counsel of record.

Attorney for Plaintiff:

Andrew M. Goforth
The Taylor Law Offices, P.C.
4550 Post Oak Place Drive,
Suite 241
Houston, Texas 77027

_____
Costa Bajjali