UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS L. TAYLOR, III, solely in his capacity as Court-appointed Receiver for Kaleta Capital Management, Inc., *et. al.*, <br> Plaintiff, <br><br> v. <br><br> DAVID G. WALLACE, *et al.*, <br> Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. H-15-0272 <br> (Receivership Action) |

## ORDER FOR CLERK'S ENTRY OF DEFAULT

It is hereby **ORDERED** that the Receiver's Request for Entry of Default as to Defendant Laffer Frishberg Wallace Economic Opportunity Fund, L.P. [Doc. # 12] and the Receiver's Request for Entry of Default as to Defendant West Houston WB Realty Fund, L.P. [Doc. # 13] are **GRANTED**.

SIGNED at Houston, Texas this  16th  day of **March, 2015**.

_____
Nancy F. Atlas
United States District Judge