UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS L. TAYLOR, III, solely in his capacity as Court-appointed Receiver for Kaleta Capital Management, Inc., *et. al.*,<br>       Plaintiff,<br><br>v.<br><br>DAVID G. WALLACE, *et al.*,<br>       Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-15-0272<br>(Receivership Action) |

### FINAL JUDGMENT AGAINST DEFENDANT COSTA BAJJALI

For the reasons stated in the Court's Memorandum and Order signed April 16, 2015 [Doc. # 24], it is hereby

**ORDERED, ADJUDGED, and DECREED** that Plaintiff and Court-Appointed Receiver Thomas L. Taylor, III's (the "Receiver") Motion for Partial Summary Judgment [Doc. # 15] is **GRANTED** with respect to Defendant Costa Bajjali ("Bajjali"), and **DENIED without prejudice** regarding Defendant David G. Wallace.  It is further

**ORDERED, ADJUDGED, and DECREED** that judgment is hereby rendered in favor of the Receiver and against Defendant Bajjali in the amount of $1,536,271.39 (the "Judgment Amount"), consisting of $870,176.35 in principal plus $666,095.04 in interest accrued through the date of this Final Judgment, and calculated in

accordance with the Proposed Final Judgment [Doc. # 25] submitted by the Receiver. It is further

**ORDERED, ADJUDGED, and DECREED** that post-judgment interest shall accrue at the rate of 0.23% per annum, in accordance with 28 U.S.C. § 1961, from the date of entry of this Final Judgment until the Judgment Amount and accrued interest are paid in full by Defendant Bajjali to the Receiver. It is further

**ORDERED**, **ADJUDGED, and DECREED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

There being no just reason for delay in the entry of this Final Judgment, the Court hereby directs the clerk to enter judgment as to Defendant Bajjali pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this **21st** day of **April, 2015**.

_____
Nancy F. Atlas
United States District Judge